# U.S. District Court

### Nevada None - Las Vegas

Receipt Date: Nov 15, 2022 1:39PM

Parnell Colvin

Rcpt. No: 200001285              Trans. Date: Nov 15, 2022 1:39PM              Cashier ID: #HM

| CD    | Purpose                      | Case/Party/Defendant | Qty | Price  | Amt    |
|-------|------------------------------|----------------------|-----|--------|--------|
| *201B | Civil Filing Fee/PLRA-PIF/Non-IFP |                  | 1   | 402.00 | 402.00 |

| CD | Tender |  | Amt |
|----|--------|--|-----|
| CA | Cash   |  | $402.00 |

Total Due: $402.00

Total Tendered: $402.00

Total Cash Received: $402.00

Cash Change Amount: $0.00

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.