IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 15 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

TAKO LLC,

    Plaintiff.

VS.

PARNELL COLVIN,

    Defendant.
_____/

Case No: 21E014316
JC CIVIL

## NOTICE OF REMOVAL OF CIVIL ACTION

Comes Now, The defendant in the above styled case, and files this Notice of Removal pursuant to 28 U.S.C. 1441, and 1446 and respectfully states the following.

(1). The case of ( TAKO LLC  V.  PARNELL COLVIN) was filed and is presently pending in the Las Vegas Justice Court in Clark County Nevada the same being Civil Action Number 21E014316.

(2). The defendant contends that the plaintiff has violated certain rights provided by the United States Constitution Due Process guaranteed by the Fourteenth and Fifth Amendments of the United States Constitution.

(1).

(3). This court has jurisdiction in the matter on the basis of federal question jurisdiction pursuant to 28 U.S.C. 1331 and 1441 (b).

(4). Additionally, there is supplemental jurisdiction regarding other claims in this action pursuant to 28 U.S.C. 1367.

(5). Venue properly rests in the United States District Court of Nevada, as this case has been removed from Las Vegas Justice Court of Clark County Nevada.

(6). Defendant Parnell Colvin, is exercising his United States Constitutional right to removal of this action to the United States District Court District of Nevada.

(7). The filing of this notice in the United States District Court District Court of Nevada and filed with the Las Vegas Justice Court This action removes jurisdiction to the United States federal court and Las Vegas Justice has no legal jurisdiction over said case and any further proceedings are illegal and must cease.

DATED THIS NOVEMBER 15, 2022

Parnell Colvin
6681 Tara ave
Las Vegas, Nv 89146
Email: pc681@yahoo.com
PH: (503) 490-6564

PARNELL COLVIN

(2).