# EXHIBIT 1

## <u>DECLARATION OF TAYLOR SIMPSON, ESQ. IN SUPPORT OF EMERGENCY MOTION TO REMAND</u>

1. I, Taylor Simpson, Esq. have personal knowledge of the truth of the facts contained in this Declaration and of the accuracy and authenticity of the documents attached hereto and referenced herein, except for those stated upon information and belief. I make this declaration under penalty of perjury under the laws of the State of Nevada. If called to testify about the facts and documents referenced herein, I could do so. I am counsel for Defendant Tako, LLC in the present matter.

2. I believe that there are grounds for the court to hear this matter on an emergency basis. The nature of the emergency is that Plaintiff Parnell Colvin (hereinafter "Mr. Colvin") remains in possession of the real property located at 6681 Tara Avenue, Las Vegas, Nevada 89146 without paying rent. Mr. Colvin has duplicitously attempted to remain in the Property without paying rent by abusing the federal removal process and the bankruptcy processes. Further, on or about November 5, 2022, the Property suffered a flood due to the sewer/septic tank. *See* Cleanup Report attached hereto as **Sub-Exhibit A**. It is my understanding that the property was likely damaged by the tenant and is flooded with sewage water. Despite this fact, Mr. Colvin remains in possession of the Property. Furthermore, Mr. Colvin refuses to cooperate and vacate the Property or allow the cleaning crews further access to the Property. It is likely that the health department will condemn the Property if immediate action is not taken.

3. Pursuant to LR 7-4(a)(2), the office addresses and telephone numbers of movant and all affected parties are as follows:

>      Tako, LLC
>      c/o KERR SIMPSON ATTORNEYS AT LAW
>      2900 W. Horizon Ridge Pkwy., Ste 200
>      Henderson, NV 89052
>      702-451-2055
>      *Landlord/Defendant*
>
>      Parnell Colvin
>      6681 Tara Ave.
>      Las Vegas, NV 89146
>      503-490-6564
>      *Plaintiff/Tenant*

/ / /

/ / /

4.  Pursuant to LR 7-4(a)(3), my client and I have attempted on several occasions in the recent weeks to contact Mr. Colvin and to seek an amicable resolution to this matter, however, Tako has been unable to resolve the matter without court intervention. Furthermore, Mr. Colvin will be provided a copy of this Emergency Motion by U.S. Mail and by email to the email address stated in Mr. Colvin's pleadings.

FURTHER DECLARANT SAYETH NOT.

DATED this 16th day of November, 2022.

_____
TAYLOR SIMPSON, ESQ.

SUB-EXHIBIT A



**PuroClean of Summmerlin West**

Steven Lai
PuroClean Summelin West
(702) 608-8668
www.puroclean.com/psw-nv
PuroCleanNV@gmail.com
slai@puroclean
TAX ID: 87-1614944

|  |  |
|---|---|
| Client: | Amy |
| Property: | 6681 Tara Ave |
|  | Las Vegas , NV |

Operator:   SLAI

| Estimator: | Steve | Business: | (702) 608-8668 |
|---|---|---|---|
| Company: | PuroClean of Summerlin West | E-mail: | Slai@puroclean.com |
| Business: | 11700 W Charleston Blvd 170-653 |  |  |
|  | Las Vegas, NV 89135 |  |  |

Type of Estimate:   Water Damage
Date Entered:   11/4/2022         Date Assigned:

Price List:   NVLV8X_OCT22
Labor Efficiency:   Restoration/Service/Remodel
Estimate:   6681_TARAAVE



**PuroClean of Summmerlin West**

Steven Lai
PuroClean Summelin West
(702) 608-8668
www.puroclean.com/psw-nv
PuroCleanNV@gmail.com
slai@puroclean
TAX ID: 87-1614944

1



2

3



4

5



6





## PuroClean of Summmerlin West

Steven Lai
PuroClean Summelin West
(702) 608-8668
www.puroclean.com/psw-nv
PuroCleanNV@gmail.com
slai@puroclean
TAX ID: 87-1614944

7 

8 

9 

10

11

12 



## PuroClean of Summmerlin West

Steven Lai
PuroClean Summelin West
(702) 608-8668
www.puroclean.com/psw-nv
PuroCleanNV@gmail.com
slai@puroclean
TAX ID: 87-1614944

13 

14 

15 

16 

17 

18 



**PuroClean of Summmerlin West**

Steven Lai
PuroClean Summelin West
(702) 608-8668
www.puroclean.com/psw-nv
PuroCleanNV@gmail.com
slai@puroclean
TAX ID: 87-1614944

19



20

21



22



23



24





## PuroClean of Summmerlin West

Steven Lai
PuroClean Summelin West
(702) 608-8668
www.puroclean.com/psw-nv
PuroCleanNV@gmail.com
slai@puroclean
TAX ID: 87-1614944

25 

26 

27 

28 

29 

30 



## PuroClean of Summmerlin West

Steven Lai
PuroClean Summelin West
(702) 608-8668
www.puroclean.com/psw-nv
PuroCleanNV@gmail.com
slai@puroclean
TAX ID: 87-1614944

31


32


33


34


35


36




**PuroClean of Summmerlin West**

Steven Lai
PuroClean Summelin West
(702) 608-8668
www.puroclean.com/psw-nv
PuroCleanNV@gmail.com
slai@puroclean
TAX ID: 87-1614944

37    38 

39    40 

41    42 



**PuroClean of Summmerlin West**

Steven Lai
PuroClean Summelin West
(702) 608-8668
www.puroclean.com/psw-nv
PuroCleanNV@gmail.com
slai@puroclean
TAX ID: 87-1614944

43    44 

45    46 

47    48 



**PuroClean of Summmerlin West**

Steven Lai
PuroClean Summelin West
(702) 608-8668
www.puroclean.com/psw-nv
PuroCleanNV@gmail.com
slai@puroclean
TAX ID: 87-1614944

49    50 

51    52 

53    54 



**PuroClean of Summmerlin West**

Steven Lai
PuroClean Summelin West
(702) 608-8668
www.puroclean.com/psw-nv
PuroCleanNV@gmail.com
slai@puroclean
TAX ID: 87-1614944

55 

56 

57 

58 

59 

60 



**PuroClean of Summmerlin West**

Steven Lai
PuroClean Summelin West
(702) 608-8668
www.puroclean.com/psw-nv
PuroCleanNV@gmail.com
slai@puroclean
TAX ID: 87-1614944

61 

62 

63 

64 

65 

66 



## PuroClean of Summmerlin West

Steven Lai
PuroClean Summelin West
(702) 608-8668
www.puroclean.com/psw-nv
PuroCleanNV@gmail.com
slai@puroclean
TAX ID: 87-1614944

67 

68 

69 

70 

71 

72 



**PuroClean of Summmerlin West**

Steven Lai
PuroClean Summelin West
(702) 608-8668
www.puroclean.com/psw-nv
PuroCleanNV@gmail.com
slai@puroclean
TAX ID: 87-1614944

73 

74 

75 

76 

77 

78 



**PuroClean of Summmerlin West**



Steven Lai
PuroClean Summelin West
(702) 608-8668
www.puroclean.com/psw-nv
PuroCleanNV@gmail.com
slai@puroclean
TAX ID: 87-1614944

79


80


81


82


83


84




**PuroClean of Summmerlin West**

Steven Lai
PuroClean Summelin West
(702) 608-8668
www.puroclean.com/psw-nv
PuroCleanNV@gmail.com
slai@puroclean
TAX ID: 87-1614944

85


86


87


88


89


90




**PuroClean of Summmerlin West**

Steven Lai
PuroClean Summelin West
(702) 608-8668
www.puroclean.com/psw-nv
PuroCleanNV@gmail.com
slai@puroclean
TAX ID: 87-1614944

91 

92 

93 

94 

95 

96 



**PuroClean of Summmerlin West**

Steven Lai
PuroClean Summelin West
(702) 608-8668
www.puroclean.com/psw-nv
PuroCleanNV@gmail.com
slai@puroclean
TAX ID: 87-1614944

97


98


99


100


101


102




**PuroClean of Summmerlin West**

Steven Lai
PuroClean Summelin West
(702) 608-8668
www.puroclean.com/psw-nv
PuroCleanNV@gmail.com
slai@puroclean
TAX ID: 87-1614944

103 

104 

105 

106 

107 

108 



**PuroClean of Summmerlin West**

Steven Lai
PuroClean Summelin West
(702) 608-8668
www.puroclean.com/psw-nv
PuroCleanNV@gmail.com
slai@puroclean
TAX ID: 87-1614944

109 

110 

111 

112 

113 

114 



**PuroClean of Summmerlin West**

Steven Lai
PuroClean Summelin West
(702) 608-8668
www.puroclean.com/psw-nv
PuroCleanNV@gmail.com
slai@puroclean
TAX ID: 87-1614944

115 

116 

117 

118 

119 

120 



**PuroClean of Summmerlin West**

Steven Lai
PuroClean Summelin West
(702) 608-8668
www.puroclean.com/psw-nv
PuroCleanNV@gmail.com
slai@puroclean
TAX ID: 87-1614944

121   122 

123   124 

125   126 



**PuroClean of Summmerlin West**

Steven Lai
PuroClean Summelin West
(702) 608-8668
www.puroclean.com/psw-nv
PuroCleanNV@gmail.com
slai@puroclean
TAX ID: 87-1614944

127    128 

129    130 

131    132 



**PuroClean of Summmerlin West**

Steven Lai
PuroClean Summelin West
(702) 608-8668
www.puroclean.com/psw-nv
PuroCleanNV@gmail.com
slai@puroclean
TAX ID: 87-1614944

133 

134 

135 

136 

137 

138 



**PuroClean of Summmerlin West**

Steven Lai
PuroClean Summelin West
(702) 608-8668
www.puroclean.com/psw-nv
PuroCleanNV@gmail.com
slai@puroclean
TAX ID: 87-1614944

139


140


141


142


143


144



**PuroClean of Summmerlin West**

Steven Lai
PuroClean Summelin West
(702) 608-8668
www.puroclean.com/psw-nv
PuroCleanNV@gmail.com
slai@puroclean
TAX ID: 87-1614944

145    146 

147 



**PuroClean of Summmerlin West**

Steven Lai
PuroClean Summelin West
(702) 608-8668
www.puroclean.com/psw-nv
PuroCleanNV@gmail.com
slai@puroclean
TAX ID: 87-1614944

| Image Detail | | | |
|---|---|---|---|
| **Image No.** | **Type** | **Date Taken** | **Taken By** |
| 1 | 1-20221104_180928 | 11/4/2022 | |
| 2 | 2-20221104_174313 | 11/4/2022 | |
| 3 | 3-20221104_174310 | 11/4/2022 | |
| 4 | 4-20221104_174307 | 11/4/2022 | |
| 5 | 5-20221104_174305 | 11/4/2022 | |
| 6 | 6-20221104_174259 | 11/4/2022 | |
| 7 | 7-20221104_174255 | 11/4/2022 | |
| 8 | 8-20221104_174251 | 11/4/2022 | |
| 9 | 9-20221104_174248 | 11/4/2022 | |
| 10 | 10-20221104_174246 | 11/4/2022 | |
| 11 | 11-20221104_174244 | 11/4/2022 | |
| 12 | 12-20221104_174242 | 11/4/2022 | |
| 13 | 13-20221104_174240 | 11/4/2022 | |
| 14 | 14-20221104_174237 | 11/4/2022 | |
| 15 | 15-20221104_174230 | 11/4/2022 | |
| 16 | 16-20221104_174228 | 11/4/2022 | |



**PuroClean of Summmerlin West**

Steven Lai
PuroClean Summelin West
(702) 608-8668
www.puroclean.com/psw-nv
PuroCleanNV@gmail.com
slai@puroclean
TAX ID: 87-1614944

| | Continued - Image Detail | | |
|---|---|---|---|
| **Image No.** | **Type** | **Date Taken** | **Taken By** |
| 17 | 17-20221104_174225 | 11/4/2022 | |
| 18 | 18-20221104_174221 | 11/4/2022 | |
| 19 | 19-20221104_174219 | 11/4/2022 | |
| 20 | 20-20221104_174216 | 11/4/2022 | |
| 21 | 21-20221104_174212 | 11/4/2022 | |
| 22 | 22-20221104_174208 | 11/4/2022 | |
| 23 | 23-20221104_174206 | 11/4/2022 | |
| 24 | 24-20221104_174205 | 11/4/2022 | |
| 25 | 25-20221104_174202 | 11/4/2022 | |
| 26 | 26-20221104_174155 | 11/4/2022 | |
| 27 | 27-20221104_174154 | 11/4/2022 | |
| 28 | 28-20221104_174150 | 11/4/2022 | |
| 29 | 29-20221104_174147 | 11/4/2022 | |
| 30 | 30-20221104_174144 | 11/4/2022 | |
| 31 | 31-20221104_174142 | 11/4/2022 | |
| 32 | 32-20221104_174139 | 11/4/2022 | |
| 33 | 33-20221104_174136 | 11/4/2022 | |



**PuroClean of Summmerlin West**

Steven Lai
PuroClean Summelin West
(702) 608-8668
www.puroclean.com/psw-nv
PuroCleanNV@gmail.com
slai@puroclean
TAX ID: 87-1614944

| Continued - Image Detail | | | |
|---|---|---|---|
| **Image No.** | **Type** | **Date Taken** | **Taken By** |
| 34 | 34-20221104_174130 | 11/4/2022 | |
| 35 | 35-20221104_174129 | 11/4/2022 | |
| 36 | 36-20221104_174123 | 11/4/2022 | |
| 37 | 37-20221104_174122 | 11/4/2022 | |
| 38 | 38-20221104_174120 | 11/4/2022 | |
| 39 | 39-20221104_174118 | 11/4/2022 | |
| 40 | 40-20221104_174112 | 11/4/2022 | |
| 41 | 41-20221104_174110 | 11/4/2022 | |
| 42 | 42-20221104_174106 | 11/4/2022 | |
| 43 | 43-20221104_174104 | 11/4/2022 | |
| 44 | 44-20221104_174100 | 11/4/2022 | |
| 45 | 45-20221104_174059 | 11/4/2022 | |
| 46 | 46-20221104_174057 | 11/4/2022 | |
| 47 | 47-20221104_174053 | 11/4/2022 | |
| 48 | 48-20221104_174048 | 11/4/2022 | |
| 49 | 49-20221104_174045 | 11/4/2022 | |
| 50 | 50-20221104_174044 | 11/4/2022 | |



**PuroClean of Summmerlin West**

Steven Lai
PuroClean Summelin West
(702) 608-8668
www.puroclean.com/psw-nv
PuroCleanNV@gmail.com
slai@puroclean
TAX ID: 87-1614944

| Continued - Image Detail | | | |
|---|---|---|---|
| **Image No.** | **Type** | **Date Taken** | **Taken By** |
| 51 | 51-20221104_174038 | 11/4/2022 | |
| 52 | 52-20221104_174035 | 11/4/2022 | |
| 53 | 53-20221104_174029 | 11/4/2022 | |
| 54 | 54-20221104_174026 | 11/4/2022 | |
| 55 | 55-20221104_174024 | 11/4/2022 | |
| 56 | 56-20221104_174021 | 11/4/2022 | |
| 57 | 57-20221104_174017 | 11/4/2022 | |
| 58 | 58-20221104_174015 | 11/4/2022 | |
| 59 | 59-20221104_174011 | 11/4/2022 | |
| 60 | 60-20221104_174007 | 11/4/2022 | |
| 61 | 61-20221104_174001 | 11/4/2022 | |
| 62 | 62-20221104_173958 | 11/4/2022 | |
| 63 | 63-20221104_173955 | 11/4/2022 | |
| 64 | 64-20221104_173948 | 11/4/2022 | |
| 65 | 65-20221104_173947 | 11/4/2022 | |
| 66 | 66-20221104_173944 | 11/4/2022 | |
| 67 | 67-20221104_173932 | 11/4/2022 | |



**PuroClean of Summmerlin West**

Steven Lai
PuroClean Summelin West
(702) 608-8668
www.puroclean.com/psw-nv
PuroCleanNV@gmail.com
slai@puroclean
TAX ID: 87-1614944

## Continued - Image Detail

| Image No. | Type | Date Taken | Taken By |
|-----------|------|------------|----------|
| 68 | 68-20221104_173928 | 11/4/2022 | |
| 69 | 69-20221104_173926 | 11/4/2022 | |
| 70 | 70-20221104_173905 | 11/4/2022 | |
| 71 | 71-20221104_173903 | 11/4/2022 | |
| 72 | 72-20221104_173858 | 11/4/2022 | |
| 73 | 73-20221104_173854 | 11/4/2022 | |
| 74 | 74-20221104_173851 | 11/4/2022 | |
| 75 | 75-20221104_173845 | 11/4/2022 | |
| 76 | 76-20221104_173844 | 11/4/2022 | |
| 77 | 77-20221104_173838 | 11/4/2022 | |
| 78 | 78-20221104_173825 | 11/4/2022 | |
| 79 | 79-20221104_173821 | 11/4/2022 | |
| 80 | 80-20221104_173817 | 11/4/2022 | |
| 81 | 81-20221104_173813 | 11/4/2022 | |
| 82 | 82-20221104_173810 | 11/4/2022 | |
| 83 | 83-20221104_173808 | 11/4/2022 | |
| 84 | 84-20221104_173804 | 11/4/2022 | |



**PuroClean of Summmerlin West**

Steven Lai
PuroClean Summelin West
(702) 608-8668
www.puroclean.com/psw-nv
PuroCleanNV@gmail.com
slai@puroclean
TAX ID: 87-1614944

| Continued - Image Detail | | | |
|---|---|---|---|
| **Image No.** | **Type** | **Date Taken** | **Taken By** |
| 85 | 85-20221104_173800 | 11/4/2022 | |
| 86 | 86-20221104_173758 | 11/4/2022 | |
| 87 | 87-20221104_173749 | 11/4/2022 | |
| 88 | 88-20221104_173747 | 11/4/2022 | |
| 89 | 89-20221104_173743 | 11/4/2022 | |
| 90 | 90-20221104_173740 | 11/4/2022 | |
| 91 | 91-20221104_173737 | 11/4/2022 | |
| 92 | 92-20221104_173735 | 11/4/2022 | |
| 93 | 93-20221104_173730 | 11/4/2022 | |
| 94 | 94-20221104_173718 | 11/4/2022 | |
| 95 | 95-20221104_173716 | 11/4/2022 | |
| 96 | 96-20221104_173714 | 11/4/2022 | |
| 97 | 97-20221104_173708 | 11/4/2022 | |
| 98 | 98-20221104_173704 | 11/4/2022 | |
| 99 | 99-20221104_173701 | 11/4/2022 | |
| 100 | 100-20221104_173658 | 11/4/2022 | |
| 101 | 101-20221104_173656 | 11/4/2022 | |



## PuroClean of Summmerlin West

Steven Lai
PuroClean Summelin West
(702) 608-8668
www.puroclean.com/psw-nv
PuroCleanNV@gmail.com
slai@puroclean
TAX ID: 87-1614944

| | Continued - Image Detail | | |
|---|---|---|---|
| **Image No.** | **Type** | **Date Taken** | **Taken By** |
| 102 | 102-20221104_173653 | 11/4/2022 | |
| 103 | 103-20221104_173650 | 11/4/2022 | |
| 104 | 104-20221104_173648 | 11/4/2022 | |
| 105 | 105-20221104_173642 | 11/4/2022 | |
| 106 | 106-20221104_173639 | 11/4/2022 | |
| 107 | 107-20221104_173635 | 11/4/2022 | |
| 108 | 108-20221104_173633 | 11/4/2022 | |
| 109 | 109-20221104_173631 | 11/4/2022 | |
| 110 | 110-20221104_173629 | 11/4/2022 | |
| 111 | 111-20221104_173627 | 11/4/2022 | |
| 112 | 112-20221104_173621 | 11/4/2022 | |
| 113 | 113-20221104_173617 | 11/4/2022 | |
| 114 | 114-20221104_173614 | 11/4/2022 | |
| 115 | 115-20221104_173604 | 11/4/2022 | |
| 116 | 116-20221104_173557 | 11/4/2022 | |
| 117 | 117-20221104_173555 | 11/4/2022 | |
| 118 | 118-20221104_173550 | 11/4/2022 | |



**PuroClean of Summmerlin West**

Steven Lai
PuroClean Summelin West
(702) 608-8668
www.puroclean.com/psw-nv
PuroCleanNV@gmail.com
slai@puroclean
TAX ID: 87-1614944

| | Continued - Image Detail | | |
|---|---|---|---|
| **Image No.** | **Type** | **Date Taken** | **Taken By** |
| 119 | 119-20221104_173548 | 11/4/2022 | |
| 120 | 120-20221104_173541 | 11/4/2022 | |
| 121 | 121-20221104_173536 | 11/4/2022 | |
| 122 | 122-20221104_173528 | 11/4/2022 | |
| 123 | 123-20221104_173521 | 11/4/2022 | |
| 124 | 124-20221104_173518 | 11/4/2022 | |
| 125 | 125-20221104_173510 | 11/4/2022 | |
| 126 | 126-20221104_173504 | 11/4/2022 | |
| 127 | 127-20221104_173458 | 11/4/2022 | |
| 128 | 128-20221104_173455 | 11/4/2022 | |
| 129 | 129-20221104_173450 | 11/4/2022 | |
| 130 | 130-20221104_173449 | 11/4/2022 | |
| 131 | 131-20221104_173447 | 11/4/2022 | |
| 132 | 132-20221104_173424 | 11/4/2022 | |
| 133 | 133-20221104_173417 | 11/4/2022 | |
| 134 | 134-20221104_173414 | 11/4/2022 | |
| 135 | 135-20221104_173410 | 11/4/2022 | |



**PuroClean of Summmerlin West**

Steven Lai
PuroClean Summelin West
(702) 608-8668
www.puroclean.com/psw-nv
PuroCleanNV@gmail.com
slai@puroclean
TAX ID: 87-1614944

| | Continued - Image Detail | | |
|---|---|---|---|
| **Image No.** | **Type** | **Date Taken** | **Taken By** |
| 136 | 136-20221104_173401 | 11/4/2022 | |
| 137 | 137-20221104_173354 | 11/4/2022 | |
| 138 | 138-20221104_173349 | 11/4/2022 | |
| 139 | 139-20221104_173347 | 11/4/2022 | |
| 140 | 140-20221104_173333 | 11/4/2022 | |
| 141 | 141-20221104_173333(0) | 11/4/2022 | |
| 142 | 142-20221104_172909 | 11/4/2022 | |
| 143 | 143-20221104_172906 | 11/4/2022 | |
| 144 | 144-20221104_172904 | 11/4/2022 | |
| 145 | 145-20221104_172901 | 11/4/2022 | |
| 146 | 146-20221104_172858 | 11/4/2022 | |
| 147 | 147-20221104_172853 | 11/4/2022 | |

EXHIBIT 2

Las Vegas Justice Court
Electronically Filed
11/8/2022 10:56 AM
Melissa Saragosa
CLERK OF THE COURT

**JUSTICE COURT, TOWNSHIP OF  LAS VEGAS**
**CLARK COUNTY, NEVADA**

*Plaintiff's*
*Name:*    TAKO, LLC c/o Kerr Simpson Attorneys at Law

*Address:*    2900 W. Horizon Ridge Parkway, Suite 200          Case No.:    21E014316

*City,State,Zip:*  Henderson, NV 89052                             Dept No.:

*Phone:*    702-451-2055

*E-Mail:*    taylor@kerrsimpsonlaw.com

Plaintiff,

vs.

*Defendant's*
*Name:*    Parnell Colvin

*Address:*    6681 Tara Ave

*City,State,Zip:*  Las Vegas, NV 89146

*Phone:*    503-490-6564

*E-Mail*    PC681@yahoo.com                                    **MOTION TO PLACE ON CALENDAR**
                                                            **(SUMMARY EVICTION)**

Defendant.

*(Insert your name)*  TAKO, LLC _____, the *(check one box)*

[X] Landlord or [ ] Tenant in this summary eviction case, requests that the Court place this matter on its calendar for

a hearing.  I believe a hearing is warranted and necessary for the following reasons *(describe why you think a*

*hearing is required and what action you want the Court to take)*:

The Court should place the matter on calendar and should issue an order to evict Defendant because the

Justice Court now has jurisdiction.  On November 7, 2022, the Federal Court issued an Order dismissing

the Federal Case (Case No. 2:22-cv-00082-CDS-DJA) for lack of Subject-Matter Jurisdiction. See Order

attached hereto as Exhibit 1. Thus, the Justice Court now again has jurisdiction to hear the instant case

and issue an Order evicting Tenant from the premises for Tenant's unlawful detainer.

_____

_____

_____

_____

_____

*(Check if attaching additional pages [ ])*

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and

correct.

___11/8/2022___          ___Taylor Simpson, Esq.___          _____
*(Date)*                  *(Type or print name)*               *(Signature)*

© 2014 Civil Law Self-Help Center
Clark County, Nevada

MOTION TO PLACE ON CALENDAR (SUMMARY EVICTION)
(REV. 1.2, 11-07-2014)

**For forms and information, visit www.CivilLawSelfHelpCenter.org**

**CERTIFICATE OF SERVICE**

I CERTIFY that on *(insert date document served)* _____November 8, 2022_____, I served this **MOTION TO PLACE ON CALENDAR (SUMMARY EVICTION)**, pursuant to JCRCP 5(b), by the following method *(check one box)*:

☒ Depositing a copy in the United States Mail in Las Vegas, Nevada, postage prepaid, to the address listed below *(on lines below insert name and mailing address of opposing party's attorney, or opposing party directly if no attorney is involved)*.

☐ Delivering, by hand delivery, a copy to the address listed below and leaving it (i) with the opposing party or opposing party's attorney; (ii) at the office of the opposing party with a person in charge or in a conspicuous place; or (iii) at the dwelling house of the opposing party with a person of suitable age and discretion residing therein *(on lines below insert name and mailing address of the opposing party, opposing party's agent or attorney, or person of suitable age and discretion, as applicable)*.

Parnell Colvin

6681 Tara Ave

Las Vegas, NV 89146

_____

_____

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

| 11/8/2022 | Lisa Peters | *signature* |
|-----------|-------------|-------------|
| *(Date)*  | *(Type or Print Name)* | *(Signature)* |

© 2014 Civil Law Self-Help Center
Clark County, Nevada

Page 2 of 2

MOTION TO PLACE ON CALENDAR (SUMMARY EVICTION)
(REV. 1.2, 11-07-2014)

**For forms and information, visit www.CivilLawSelfHelpCenter.org**

# EXHIBIT 1

1

2                    UNITED STATES DISTRICT COURT
                           DISTRICT OF NEVADA
3

4

5    Parnell Colvin,                          Case No. 2:22-cv-00082-CDS-DJA

6                          Plaintiff          Order Dismissing Case for Lack of Subject-
                                              Matter Jurisdiction and Denying Motions
7          v.
                                              [ECF Nos. 32; 35; 37]
8    Tako, LLC,

9                          Defendant

10

11          Pro se plaintiff Parnell Colvin attempted to "remove" an eviction action brought against

12   him by Tako, LLC in the Las Vegas Justice Court to this court by filing this action. Compl., ECF

13   No. 1. He alleged that there "[was] a clear violation of his constitutional right to due process"

14   because he was unable to participate in a court proceeding due to contracting COVID-19. *Id.*

15   When the state court proceeding was rescheduled, Colvin sought injunctive relief from this

16   court through an emergency motion for a preliminary injunction (ECF No. 11) and temporary

17   restraining order (ECF No. 12). Because the allegations in the motions were insufficient to

18   establish that subject-matter jurisdiction was present in this case, I ordered Colvin to file a

19   written response, within thirty days, explaining why the action should not be dismissed for lack

20   of subject-matter jurisdiction. Order, ECF No. 15. Following that order to show cause, Colvin

21   filed four motions seeking more time to file a response. *See* ECF Nos. 21, 26, 30, 33. I granted

22   Colvin an additional nine days in which to file a written response to the show-cause order. ECF

23   No. 31. Colvin was reminded that failure to respond by the October 27, 2022, deadline would

24   result in the dismissal and closing of his case without further notice. ECF No. 33.

25

26

1    Although Colvin timely filed a response, he has not demonstrated that this court has

2  subject-matter jurisdiction over this case. In his response, Colvin reasserts that "his federal

3  rights to due process w[]ere violated by the defendant which gave cause to moving the case to

4  federal court to deal with federal law[,] not state law." Resp., ECF No. 36 at 2. While Colvin is

5  correct that under 28 U.S.C. § 1331, United States district courts have original federal question

6  jurisdiction "of all civil actions arising under the Constitution, laws, or treaties of the United

7  States," not every invocation of federal law will suffice to make the claim subject to federal

8  jurisdiction. 28 U.S.C. § 1331. Colvin may not "transform a state-law issue into a federal one

9  merely by asserting a violation of due process." *Langford v. Day*, 110 F.3d 1380, 1389 (9th Cir. 1996),

10  *cert. denied*, 522 U.S. 881 (1997). In support of his position, Colvin merely cites federal laws in

11  overbroad terms, which do not sufficiently demonstrate that this court has the jurisdictional

12  authority to preside over this action. I cautioned Colvin in my show-cause order that his failure

13  to sufficiently establish subject-matter jurisdiction "will result in the dismissal and closing of

14  this case without further notice." ECF No. 15 at 4. He was thus on notice that his case could be

15  dismissed, in compliance with the Ninth Circuit's requirement that "before dismissing a pro se

16  complaint[,] the district court must provide the litigant with notice of the deficiencies in his

17  complaint." *Ferdik v. Bonzelet*, 963 F.2d 1258, 1261 (9th Cir. 1992) (citation omitted).

18    I find Colvin's response to the order insufficient to establish the existence of subject-

19  matter jurisdiction. "If the court determines at any time that it lacks subject-matter jurisdiction,

20  the court must dismiss the action." Fed. R. Civ. P. 12(h)(3). Because it is not clear how or

21  whether this court has jurisdiction over this case, I dismiss it for lack of subject-matter

22  jurisdiction.

23

24

25

26

Conclusion

IT IS HEREBY ORDERED that plaintiff's Motion for Recusal (ECF No. 32), Motion for Court to Rule (ECF No. 35), and Motion to Extend Time to Reply to Court Order First Request (ECF No. 37) are DENIED as moot.

IT IS FURTHER ORDERED that this case is DISMISSED with prejudice for lack of subject-matter jurisdiction. The Clerk of the Court is directed to CLOSE THIS CASE. Colvin is cautioned that he may not file further documents in this case because it is now closed.

DATED: November 7, 2022

Cristina D. Silva
United States District Judge

# EXHIBIT 3

Las Vegas Justice Court
Electronically Filed
11/15/2022 3:16 PM
Melissa Saragosa
CLERK OF THE COURT

1

**JUSTICE COURT, LAS VEGAS TOWNSHIP**
**CLARK COUNTY, NEVADA**

2   TAKO LLC                    )   CASE NO. 21E014316

3              Landlord,        )

4                               )
        -vs-                    )
5   PARNELL COLVIN              )

6                               )   **MOTION TO CONTINUE**
             Tenant.           )   **SUMMARY EVICTION HEARING AND/OR**
7   _____ )   **FOR TELEPHONIC APPEARANCE**

    I am the *(check one box)* ☐ Landlord or ☒ Tenant in this summary eviction case, and I request that the
8   Court:

9   ☒ continue the hearing set for *(insert current date of hearing)* Next week _____ for the following

    reasons *(describe why you need a continuance):*
10  DAVID BROWN changed my court date time
11  on the 17 of November at 10:00 am until 1:00 pm not I have
12  a hearing in Federal Court the same date and time
    ☐ allow for my telephonic appearance for the following reasons *(describe why you are requesting a telephonic*
13
    *appearance):*
14  ☒ This court dont even have Jurisdiction
15  Federal removal is in place but DAVID BROWN will
    violate the
16  If my request for a telephonic appearance is granted, the telephone number where I can be reached for

17  the hearing is *(insert your telephone number where you want to be called for the hearing):* _____

    I am including the following documents to support my request *(attaching documents will help prove your request):*
18  you dont even have Jurisdiction to hear this case

19  I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

20  11/15/2022          PARNELL COLVIN              [signature]
    *(Date)*            *(Print name)*             *(Signature)*
21

22              **CERTIFICATE OF MAILING**

23      I HEREBY CERTIFY that I served the foregoing MOTION TO CONTINUE SUMMARY EVICTION
    HEARING on *(insert date of service)* _____, pursuant to JCRCP 5(b) by depositing a copy of the
    same in the United States Mail in Las Vegas, NV, postage prepaid, addressed as follows:
24
    *(Other party's name)*      TAKO LLC
25  *(Other party's address)*   2411 Tarante Ave
                                Henderson NV 89052
26
    I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.
27  11/15/2022          PARNELL COLVIN              [signature]
    *(Date)*            *(Print name)*             *(Signature)*
28

    DAVID BROW you have    no
    Jurisdiction case is removed    to federal court!

    © 5/23/17
    Civil Law Self-Help Center

Las Vegas Justice Court
Electronically Filed
11/15/2022 3:01 PM
Melissa Saragosa
CLERK OF THE COURT

1  PARNELL COLVIN
   *(Name)*
2  6681 TARA AVE
   *(Address)*
3  LAS VEGAS, NV 89146
   *(City, State, Zip Code)*
4  (503) 490-6564
   *(Telephone Number)*
5  PC681@YAHOO.COM
   *(E-mail Address)*
6  ☐ Plaintiff/ ☐ Counterclaimant/ ☐ Cross-Claimant/
7  ☐ Third-Party Claimant, In Proper Person

8              **JUSTICE COURT, TOWNSHIP OF** LAS VEGAS

9                    **CLARK COUNTY, NEVADA**

10
11  TAKO LLC                                    , Case No.: 21E014316

12              Plaintiff(s),                     Dept. No.:

13      vs.

14  PARNELL COLVIN                              ,

15              Defendant(s).

16
17  ◉ **DOCUMENTS IN SUPPORT OF:** *(insert name of document you are supplementing)*

18  NOTICE OF REMOVAL TO FEDERAL COURT

19              ◼ **OTHER:** *(insert title of document)*

20  FEDERAL CIVIL COVER SHEET / SUPPORT DOCS

21
22  DATED this 15 day of NOVEMBER , 20 22 .

23                  I declare under penalty of perjury under the laws of the
                    State of Nevada that the foregoing is true and correct.
24
                    _____ *(signature)*
25                  PARNELL COLVIN                   *(print name)*
                    ☐ Plaintiff ◉ Defendant ☐ Other
26                  In Proper Person

27
28

1

## CERTIFICATE OF MAILING

2    I CERTIFY that on the 15 day of NOVEMBER , 2022 , I placed a true

3    and correct copy of the _____ in the United States Mail, with first-

4    class postage prepaid, addressed to the following *(insert name and address of each party in the case)*:

5

    TAKO LLC

6    2411 TARAGATO

    HENDERSON, NV 89052

7

8

    KERR SIMPSON ATTORNEYS AT LAW

9    TAYLOR SIMPSON, ESQ BAR NO: 13956

    2900 W. HORIZON RIDGE PARKWAY, SUITE 200

10    HENDERSON, NV 89052 (702) 451-2055

11

12

13

14

15

16

17

18

19

20    DATED this 15 day of NOVEMBER , 2022 .

21

22    I declare under penalty of perjury under the laws of the
State of Nevada that the foregoing is true and correct.

23

    _____ *(signature)*

24    PARNELL COLVIN *(print name)*

25

26

27

28

PARNELL  COLVIN
6681 TARA AVE
LAS VEGAS, NV 89146
PH: (503) 490-6564
EMAIL: PC681@YAHOO.COM

1
2
3
4
5
6
7
8

TAKO LLC, LANDLORD                      CASE # 21EO143616

9
10                                      JC CIVIL EVICTIONS

11
                VS.                     MOTION TO INFORM THE COURT
12                                      IT HAS NO JURISDICTION TO
13                                      HEAR CASE DO TO REMOVAL
PARNELL COLVIN, TENANT                  NO HEARING IS NECESSARY.
14
_____/
15

16

17         Comes now defendant / tenant Parnell Colvin, and is informing Hearing Master
                          μ0
18   David Brown, that he has jurisdiction to hear said case and make sure he want try and violate
19
     Mr. Colvin, constitutional rights. Colvin, has removed the said case to federal court with the filing
20
     of the notice of removal with the the United States District Court of the District Court of Nevada and
21
22   also filing said notice of removal with the Las Vegas Justice Court ending this courts jurisdiction to
23
     hear this case. The state court shall not proceed no further unless case is remainded.
24
     See " 28 U.S.C. 1446 (d); See also Ackerman V. Exxon Mobile Corp ( 4th Cir. 2013 ) 734 F3D 237,
25
26   249-250 ( ANY POSTREMOVAL ACTION BY THE STATE COURT IS VOID AB INITIO ).
27

28

(1)

The state court my resume jurisdiction only if and when the case is remanded by the

federal court see ( Allstate Ins. Co  V. Sup Ct. ( Wickham ) (1982) 132 Cal App. 3d 670, 676

( no power to resume if federal court dismisses rather than remand); See also

Murray  V.  Ford Motor Co. ( 5th Cir. 1985) 770 F2d 461, 463 ( state court has no power to set

aside default judgement after removal). The removal is effected automatically by defendant filling

requiste document and giving the required notice ( above). See 28 U.S.C. 1446 (e); see also

Rollwits V. Burlington Northern Railroad (D MT 1981) 507 F. Supp. 582.584..

Once the notice of removal is filed with the state court 28.U.S.C. 1446 a case is removed

from the jurisdiction of the state case for all pupposes until case is remanded. No valid

proceedings can be taken in the state case court at any time following the filing of such notice of

removal with the clerk of the state court. Furthermore, that any action taken in the state court

thereafter and prior to remanding the cause to such state court, will have no force or effect.

U.S.C.1446 ( West 2015) ( boldface omitted) ( emphasis added). " Hence, after removal, the

jurisdiction of the state court absolutely ceases and the state court has a duty not to proceed any

further in the case. Any subsequent proceedings in state court on the case are viod ab initio,

See Masseda  V.  Honda Motor Co. ltd 861 F.2d 1248, 1254-55 ( 11 Cir. 1988) ( Internal citation

omitted), See DB50-2007-1 Tr, v. Dixion, 723 S.E. 2d 495, 496 ( Ga Ct App. 2012). Any

proceedings in the state court after removal of a case to federal court are null and viod and must be

vacated.

/////////////

(2)

1
2
3                            CERTIFICATE OF SERVICE
4                            _____
5
6
7          This is to certify that I have this day served all parties with a copy of the foregoing
8
   pleading. By depositing same in the United States mail with adequate postage theron to assure
9
   delivery to the the folloing listed below and the parties also get the filing with the court through
10
   E-FILE.
11
12
13 TAKO LLC
   2411 TARAGATO AVE
14 HENDERSON, NV 89052
15
16
17 KERR SIMPSON ATTORNEYS AT LAW
   TAYLOR SIMPSON, ESQ BAR NO: 13956
18 2900 W. HORIZON RIDGE PARKWAY, SUITE 200
   HENDERSON, NV 89052
19 TEL: (702) 451-2055
20
21 ATTORNEYS FOR PLAINTIFF
22 DATED THIS NOVEMBER 15,2022
23
24
25
26 PARNELL COLVIN
27
28
                                      (3)

PARNELL COLVIN
6681 TARA AVE
LAS VEGAS, NV 89146
PH: (503) 490-6564
EMAIL: PC681@YAHOO.COM
Case No: 21E014316

Dear Hearing Master Brown,

I have filed a notice of removal with the United States District Court of Nevada and also filed the same notice With Las Vegas Justice Court. You should no the law and understand you have no legal jurisdiction to hear said case and you should no any actions you take or try and hear this case is illegal and I will file a complaint with Nevada Commision on Judicial Discipline and request that you be removed from the bench for intentionally and knowingly violating the laws and my constitutional rights. I No, you could not wait for this case to be refiled with you. You gave me less than a week to appear not taking into account the Veteran Day Holiday and no mail was being delivered on that day or sundays.

I have been before you several times so I know how you operate. You are a one sided hearing master always for the landlord. You like to restrict tenants from presenting and arguing their cases in front of you especially black tenants like myself which may go towards your biases and prejudices towards black tenants that I have witnessed before including myself. My last name starts with the letter ( C ) and cases are called in alphabetical order but when I come before you you call my case last because I have corrected your wrong positions many times and you don't want other tenants to no their rights so you can abuse them! Not me.It was clear you did not understand the laws and you were violating the law and their rights but the tenants did not know how to fight back so I prepared myself for you.

I witnessed you call a black tenant case the landlord did not show up so you dismissed the case an hour later the landlord showed up you recalled the case knowing the tenant had already left the court. You then granted the landlord eviction; the poor tenant did not know he  was getting evicted but you did. I witnessed another minority tenant do work in lieu of rent and you forced him and his young daughter to leave the property he worked on after he did all the work to get the landlord's house up to code and liveable and you forced them out.

Another black female tenant was before you trying to plead her case you would not let her speak or defend her position. Telling her to be quiet while you always let the landlords,agents or their attorneys speak out of place and freely submit documents that were not filed with the court so tenants don't have an opportunity to properly prepare for your hearings. When black tenants like myself try to show you a document the first thing you say is was it filed with court. You have a double standard. I have witnessed your clear prejudices and bias towards black tenants.

1-3

Now my experiences before you. I came before where I went to the landlord's house to pay my rent and video recorded my efforts to pay my rent. The law is clear once a landlord requests rents and tenants want to pay rent the landlord can't then refuse to accept the rent. You disregarded the video and then asked the landlord what she wanted to do and I even brought the rent to court. The landlord said She wanted me out and so you granted the eviction. What you should have said was I see from a video that Mr. Colvin, is at your home to pay the rent and you are refusing to accept the rent. So if you don't take the rent that is on you but I will not grant the eviction but no you are always for the landlord so you evicted me anyway.

I had hired an attorney, Alexus Brown, while she was trying to defend my position. While she was looking at documents her head was down I kept my eyes on you the whole time as you rolled your eyes at her to suggest she was wasting your time. She was unaware of your demeanor so I spoke out and you tried to intimidate me by having your bailiff stand behind me like you did with Ms. Brown, and the previous black tenant.

Another incident you let the same landlord submit a forged fraudulent lease agreement where the landlord, Tako LLC, forged Ms.Brown personal information on my lease so she would be a tenant so you could evict her. She explained to you that she was not a tenant you must have realized that Tako LLC, submitted a forged fraudulent lease agreement with the court you then asked Ms. Brown, where I was, she said I was at work. Any other judge would have been disturbed that a landlord would have the audacity to commit such a crime within the court not Hearing Master David Brown, as long as he gets to grant an eviction it's all fair game.

Furthermore the same fraudulent forged lease agreement was again submitted again by Tako LLC, attorney Taylor Simpson, You both should fact check facts. Then last but not least David Brown, I filed an answer to the same Tako LLC, summary eviction I was waiting for my court date for a hearing. Instead what you did was try and be sneaky instead of giving me a court date you did not instead you granted the eviction without a hearing. I had to leave work to go to the constable to cancel the lock out and I showed the constable that I had filed an answer and I was waiting for a court date. The constable informed you that it would not do a lock out.

So you gave me a court date and at the hearing I called you out on your illegal attempt to evict me. During our hearing you apologized and blamed it on your staff stating to me that you just signed what your staff puts before you. I asked do you fact check what you sign and you said no. David Brown, you owe me $ 500.00 for missing work to attend your illegal eviction hearing that day remember?

You and Taylor Simpon, want to label me as a vexatious or litigious litigator because I just want stand down and like you violate my rights not happening with me. You both talk about my bankruptcies. Neither one of you know what has happened with my cases know the facts before you just say things that you have no knowledge about what transpired. David Brown, you should not take this case so personally and understand citizens have rights and can exercise them when they choose. I know this case is personal for you and I have always been. I am always prepared to fight, no need to rant and complain in your orders, just keep it simple and state you

2 - 3

don't have any legal jurisdiction to hear this case. At the end of the day I know how bad you want to evict me. I have taken the liberty of submitting the court's minutes from the DISTRICT COURT CLARK,NEVADA Judge Maria Gall. She understood the law and acknowledged my notice of removal to federal court. She told Taylor Simpson many times that she did not have jurisdiction because of my notice of removal. Mr.Simpson, cried and ranted for about 10 minutes and the judge kept telling him she did not have jurisdiction. After listening to attorney Taylor Simpson cry and try to pressure the judge to hear him she repeatedly told him she had no jurisdiction. This is the problem of trying to have some form of sympathy for the landlords. Attorneys like Taylor Simpson, lie all the time in their motions, brief  lawsuits etc to try and get the advantage.

Not to mention I was never served and probably forged the proof of service that has been filed with the court because I was to be served by Tako LLC, had 48 hours before the hearing to serve me which I was not. Tako LLC, or this court by and through attorney Taylor Simpson, want to walk over and violate my rights and I have the right to fully exercise my rights in state and federal court!

3-3

A-22-860164-C

# DISTRICT COURT
## CLARK COUNTY, NEVADA

| Unlawful Detainer | COURT MINUTES | November 03, 2022 |
|---|---|---|

A-22-860164-C          Tako, LLC, Plaintiff(s)
                       vs.
                       Parnell Colvin, Defendant(s)

**November 03, 2022**    **11:30 AM**    **Minute Order**

**HEARD BY:**  Gall, Maria          **COURTROOM:**  Chambers

**COURT CLERK:**  Kory Schlitz

**PARTIES PRESENT:**    None – Minute Order Issued from Chambers

### JOURNAL ENTRIES

- On November 3, 2022, the Court held a hearing, at which it recognized that Plaintiff had filed a notice of removal to federal court divesting this Court of jurisdiction and, therefore, the Court would not proceed further. Following the hearing, Plaintiff e-mailed the Court, asking among other things that the Court recuse itself from this case for bias and prejudice and informing the Court that Plaintiff intended to file a complaint with the Nevada Commission on Judicial Discipline. The Court reiterates that it is divested of jurisdiction from this case given the notice of removal and will not proceed further unless and until the case is remanded to this Court.

CLERK'S NOTE:  Counsel are to ensure a copy of the forgoing minute order is distributed to all interested parties; additionally, a copy of the foregoing minute order was distributed to the registered service recipients via Odyssey eFileNV E-Service; and mailed to: Parnell Colvin 6681 Tara Ave, Las Vegas, Nevada 89146 (11-3-2022 ks).

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

PARNELL COLVIN / PRO SE

**DEFENDANTS**

TAKO LLC

FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

**(b)** County of Residence of First Listed Plaintiff   CLARK
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   CLARK
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

NOV 16 2022

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical | | **PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | Personal Injury | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [●] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C 1441 AND 1446 ALSO VIOLATING STATUE 18 U.S.C. SECTION 1343

Brief description of cause:
DEFENDANT HAS VIOLATING PLAINTIFF DUE PROCESS AND CONSTITUTIONAL RIGHTS.

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $
100,000

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE   DAVID BROWN / HEARING MASTER   DOCKET NUMBER 21E01436

DATE
NOVEMBER 15,2022

SIGNATURE OF ATTORNEY OF RECORD
PARNELL COLVIN

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

PARNELL COLVIN
6681 TARA AVE
LAS VEGAS, NV 89146
PH: (503) 490-6564
EMAIL: PC681@YAHOO.COM

```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
         COUNSEL/PARTIES OF RECORD

         NOV 1 5 2022

   CLERK US DISTRICT COURT
      DISTRICT OF NEVADA

BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

PARNELL COLVIN,

      Pliantiff.

VS.

TAKO LLC,

      Defendant.

_____/

2:22-cv-01928-CDS-NJK

COMPLAINT FOR COMPENSATORY
AND PUNITIVE DAMAGES

&

DEMAND FOR JURY TRIAL

COMES NOW Pliantiff Parnell Colvin and hereby complains, avers and alleges as follows:

### I.

### PARTIES AND JURISDICTION

1. At all times relevant herein, Mr Colvin was a resident of the County of Clark, state of Nevada.

2. Plaintiff is informed and believes and thereon alleges that at all times relevant herein, Defendant TAKO LLC, was a Nevada corporation doing busniess in the County of Clark, state of Nevada.

(1)

II.

## STATEMENT OF FACTS

Jurisdiction is proper in this court as this action arises under federal law: for example provisions of tittle 18 U.S.C 1343 Fraud by wire, radio, or television. Where the defendant filed a forged fraudulent lease contract with the state court using a electronic devise. The defendant knew the document was it electronically filed was fraudulent because the defendants forged Ms. Brown, personal contact information on plaintiff Colvin, contract lease to try and illegally gain an advantage in state court proceedings. Plaintiff Colvin, filed a police report with the Nevada state attorney general office. The Nevada State Attorney general instructed Plaintiff Colvin, to file a police report against the defendant Tako LLC.

Colvin, filed a police report with the Las Vegas Metro Police Department. Colvin, believes using a wire transfer or electronic devise to knowingly and intentionally alter an lease contract and file this illegal document through electronic means for the purpose of knowingly commiting a federal crime. Plaintiff Colvin, will file with the court the forged, fraudulent lease contract the defendant electronically filed to commit the fraud and identity theft.

II.

The defendant also commited Identity Theft due to the sharpe rise in Identity Theft and Assumption Deterrence Act in 1998. Under this act 18 U.S.C. 1028 was amended to make it a federal crime to knowingly commit, attempt to commit, or aid in the committing identity theft.

III.

Plaintiff Colvin, was never served Colvin, is sure that it probably a proof of service filed in state court as many processors will just file in the blanks and file with the court and the courts believe the person was served. This is a commom practice because the companies want busniess and if they are not serving the person they were hired to serve the service company loses busniesses. Not serving me is a denial of due process and can lead to a court granting a default motion. Colvin, knows how important this process is and court demand that the other party be served.

Cases get dismissed if no proof of service is timely filed with the courts. Defendants violated Nevada Revised Statutes Chapter 14 - Commencement of Actions NRS 14.025 - certain requirements for proof of service of process filed with the court. The defendant has violated theses requirements and Colvin, due process rights have been violated as he was never served. This has become a problem all over the country where these procesors are filing and claiming they have served the persons named in legal papers when in fact the persons have never been. Often learning about court proceedings after getting garnished because a default judgement was entered against a party.

Plaintiff Colvin, is reserving his right to amend his complaint at a later date if becomes necessary to litigate his complaint.

///////////

///////////

///////////

(3)

WHEREFORE. Plaintiff Colvin, prays for judgment against the defendant as follows:

a. For compensatory damages in the sum according to proof at trial;

b. For special damages in the sum according to proof at trial;

c. For consequential damages in the sum accordingto proof at trial;

d. For punitive damages in a sum according to proof at trial;

e. For all equitable and declaratory relief available;

F. For interest and pre- judgment interest at the statutory rate until the amount of judgment is paid in full;

g. For such other and futher relief as the court may deem appropriate.

DATED THIS NOVEMBER 15, 2022

PARNELL COLVIN

(4)

# U.S. District Court

## Nevada None - Las Vegas

Receipt Date: Nov 15, 2022 1:39PM

Parnell Colvin

Rcpt. No: 200001285                    Trans. Date: Nov 15, 2022 1:39PM                    Cashier ID: #HM

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| *201B | Civil Filing Fee/PLRA-PIF/Non-IFP | | 1 | 402.00 | 402.00 |

| CD | Tender | Amt |
|----|--------|-----|
| CA | Cash | $402.00 |
| | Total Due: | $402.00 |
| | Total Tendered: | $402.00 |
| | Total Cash Received: | $402.00 |
| | Cash Change Amount: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

_____ FILED
_____ ENTERED
_____ COUNSEL/PARTIES OF RECORD

NOV 1 5 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

TAKO LLC,

    Plaintiff.

VS.

PARNELL COLVIN,

    Defendant.

_____ /

Case No: 21E014316
JC CIVIL

2:22-cv-01928-CDS-NJK

## NOTICE OF REMOVAL OF CIVIL ACTION

Comes Now , The defendant in the above styled case, and files this Notice of Removal pursuant to 28 U.S.C. 1441, and 1446 and respectfully states the following.

(1). The case of ( TAKO LLC  V.  PARNELL COLVIN) was filed and is presently pending in the Las Vegas Justice Court in Clark County Nevada the same being Civil Action Number 21E014316.

(2). The defendant contends that the plaintiff has violated certain rights provided by the United States Constitution Due Process guaranteed by the Fourteenth and Fifth Amendments of the United States Constitution.

(1).

(3). This court has jurisdiction in the matter on the basis of federal question jurisdiction pursuant to 28 U.S.C. 1331 and 1441 (b).

(4). Additionally, there is supplemental jurisdiction regarding other claims in this action pursuant to 28 U.S.C. 1367.

(5).  Venue properly rests in the United States District Court of Nevada, as this case has been removed from Las Vegas Justice Court of Clark County Nevada.

(6). Defendant Parnell Colvin, is exercising his United States Constitutional right to removal of this action to the United States District Court District of Nevada.

(7). The filing of this notice in the United States District Court District Court of Nevada and filed with the Las Vegas Justice Court This action removes jurisdiction to the United States federal court and Las Vegas Justice has no legal jurisdiction over said case and any further proceedings are illegal and must cease.

DATED THIS NOVEMBER 15, 2022

Parnell  Colvin
6681 Tara ave
Las Vegas, Nv 89146
Email: pc681@yahoo.com
PH: (503) 490-6564

PARNELL  COLVIN

(2).

EXHIBIT 4

Las Vegas Justice Court
Electronically Filed
11/16/2022 10:42 AM
Melissa Saragosa
CLERK OF THE COURT

1    **JUSTICE COURT, LAS VEGAS TOWNSHIP**

2    **CLARK COUNTY, NEVADA**

3    TACO LLC,                              )
                                            )   **CASE NO.:   21E014316**
4            Tenant(s),                     )
                                            )   **DEPT. NO.:   JC Civil Evictions**
5        vs.                                )
                                            )
6    PARNELL COLVIN,                        )   **ORDER VACATING HEARING and**
                                            )   **CONTINUING STAY UNDER**
7            Tenant(s).                     )   **FEDERAL REMOVAL NOTICE**
     _____)

8

9

10

11           This matter was initiated by Landlord's service of a 30-day "no cause" tenancy

12   termination notice on June 2, 2021 and a 5-day unlawful detainer on July 15, 2021.  Tenant filed a

13   contesting affidavit on July 19, 2021.  Tenant filed a Civil Cover Sheet suggesting removal to

14   federal court on July 21, 2021.  The September 7, 2021 hearing in this matter was vacated on

     August 26, 2021 based upon Tenant's removal filing.

15           Tenant has now filed a third attempt to remove this matter to U.S. District Court in Case

16   No. 2:22-cv-01928-CDS-NJK, which was filed as a document in support of Tenant's Motion to

17   Continue this action filed on November 15, 2022.  This matter had been placed back on calendar

18   for hearing on November 17, 2022 per motion by Landlord providing notice of the Federal

19   Court's order dismissing with prejudice Tenant's second removal action, Case No. 2:22-cs-00082-

20   CDS-DJA.  In its November 7, 2022 order of dismissal, the Federal Court found that it did not

21   have jurisdiction over the eviction dispute.  (Plaintiff's first removal attempt was dismissed on

22   November 23, 2021 in Case No. 2:21-cv-01373-APG-BNW.)

23           Due to the special circumstances of this case, this hearing officer consulted the court's

24   Chief Judge, together requesting legal research to be performed regarding whether this court can

25   move forward with hearing despite the third removal notice when the second removal action was

26   dismissed with prejudice.  This hearing officer was informed that the court must recognize the

27   current removal notice and stay the action further. This court may move forward if the Federal

28   Court affirmatively prohibits the Tenant from filing a new removal as it pertains to this eviction

-1-

1  action or sanctions the Tenant in some other form which makes it clear the Justice Court may
2  proceed.

3      It may be appropriate for the court to comment on the ongoings of this case.  First,
4  Tenant's argument for removal has been that this court held a hearing without him in violation of
5  his constitutional rights.  The court points out two things in regard to this.  First, Tenant was
6  incorrect in alleging the court held a hearing without him.  The court vacated the hearing and has
7  never had a hearing in this matter despite it commencing on July 19, 2021. So, there has been no
8  denial of any right to participate in a hearing.  Second, the Federal Court in Tenant's second
9  removal action pointed out that the constitution did not provide any right to hearing in this matter.
10  That is afforded to individuals subject to criminal complaint.

11      It is also appropriate to respond to Tenant's mantra that the Justice Court does not have
12  jurisdiction to hearing this matter.  This hearing officer knows that the Justice Court has
13  jurisdiction to hear these matters.  Over the course of six years hearing eviction cases, not one
14  federal removal attempt by any tenant has succeeded. In every instance, the federal court has
15  remanded to the Justice Court to proceed, always on a finding that the federal court lacks
16  jurisdiction.  Jurisdiction is expressly created in the state courts by NRS 40.215-40.420.

17      The court will further respond to one of Tenant's complaints which is that this court did
18  not immediately vacate his first hearing which was set for September 7, 2021.  This is because
19  various federal judges have, sua sponte or on their own authority, simply and expeditiously
20  remanded the removal case back to the Justice Court without motion by any party or without
21  hearing, which is within the federal court's authority.  When no such order came, the hearing date
22  was vacated.  Other judges have, as in the second removal which looked much like a simple
23  complaint rather than a removal, waited for parties to file motions or ordered tenants to show
24  cause why the action or removal should not be disposed of for lack of jurisdiction.

25      Finally, while the court has no idea whether Tenant actually holds a sincere belief that his
26  removal action is legally well-founded, it is clear that the result of Tenants ten bankruptcy filings
27  (none of which were pursued to discharge) and his three removal notices during the course of this
28  action have resulted in a denial of Landlord's right to summary adjudication of this matter.

-2-

1 | Tenant's actions otherwise have all appearance of abuse of civil processes to delay this action. By
2 | stating this, this hearing officer is not stating that it has any notion of whether it may grant or deny
3 | an eviction. That is reserved for the time of hearing after all evidence is received by the court.
4 | However, NRS 40.215-40.290 are meant to provide a simple and expeditious means of bringing
5 | eviction matters before this court, where this court may consider defenses such as discrimination
6 | or other "federally" based claims. These summary eviction matters typically are heard within one
7 | to two months. Based upon Tenant's bankruptcies and removal attempts, this matter has been
8 | pending without ANY hearing for almost 17 months.

9 |     According to the above, the court vacates the hearing set for 10:00 a.m., November 17,
10 | 2022 until the federal court may take action which would permit the justice court to move
11 | forward. If such occurs, Landlord may refile its motion to place on calendar.

13 | **DATED** this _____ 16th _____ day of November, 2022.

15 | **HEARING MASTER DAVID BROWN**
**LAS VEGAS JUSTICE COURT**