PARNELL COLVIN
6681 TARA AVE
LAS VEGAS, NV 89146
PH:(503) 490-6564
EMAIL: PC681@YAHOO.COM



UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PARNELL COLVIN,

    Plaintiff.

Vs.

TAKO LLC,

    Dendant.
_____/

Case No: 2;22cv-01928-CDS-NJK
REPLY TO COURT MINUTES ORDER

COMES NOW Plaintiff Parnell Colvin response to the court order. Plaintiff Colvin filed a motion for Judge Sivla to recuse herself for her continued biases and prejudice conduct torwards plaintiff Colvin. Judge Silva for the reasons stated in Colvins motion filed with the court on November 18, 2022. Its so obvious and clear Judge Silva still has the same bias , prejudice and has become to personal in Colvin case more evident is the order that she placed on Colvin once again given him really no time to respond so she can rule in favor of the defendant Tako LLC. If Colvin dont respond by November 21, 2022 by 5:00 PM. The court should no that the time is a incurrect time Colvin would have to file before 5:00 PM becuse the clerks office closes at 4;00PM.

(1)

Luckily Colvin checked his email and seen Judge Silva sent an email order what would have happend had Colvin not received the courts email Colvin is sure Judge Siva would have ruled immeddiately for the defendant Tako LLC. The court has to see the gamesmanship and tactics that Taylor Simpson is playing he is very desperate and will do anything to win even if it is lying to the court in his filings. I am not an attorney but I no you dont lie to the court and this is all Taylor Simpson has been doing despite being an officer of the court. I am requsting sanctions be applied against Mr. Simpson for knowingly and intentionally filing a fabricated scripted so called an emergency motion filled irrelevent statements and prove nothing but he is desperate.

Mr. Simpson reasons for filing a false report is to try and get sympathy from the court and courts dont rule and operate on sympathy but facts and I am going to share some real facts with the court unlike Taylor Simpson who justs says and makes up things. What is he going to say next the sun and moon landed on the property and health officials as in the court minute order where it states " tako believes that health officials will likely condenm the property if immediate action is not taken." First of all Colvin is in the building construction trade and knows all areas of construction with over 30 years of experince.

Judge Silva you are wrong to have me respond to such a bogus vauge fake so called emergency motion filed by Mr. Simspon. How do any person respond to a motion or court order on the basis of what Taylor Simpson is trying to have this court believe. He probably has no experince in the construction field. He has not provided one piece of evidence to even show or to suggest that any health officals are even doing an investigation which would be taken place if the property was going to be condemned.

1  Colvin will tell the court the reason why Taylor Simpson has not produced single of
2  evidence about health officials condemning the proerty because the property is not at all. No
3  health officials have have came to the property to even suggest that any action is being taken.
4  
5  I ask the court to ask Mr. Taylor what health official even told him this. I would argue to the court if
6  he had any such eveidence he would have submitted it with his so called emergecy motion.
7  what he provided was some old photos , empty pool, a busniess card that is mine from the person
8  
9  that emptied the pool. I guarantee Mr. Simpson cant produce the business card in the photo he
10 submitted but I can because it is my card. Mr. Simpson then submits photos of my daughters bed
11 the clothes were on her bed so I could shampoo her carpet.
12
13      Mr. Simpson then submits photos of the property where no water is present and even if it were
14 health officials have not and is not going to condemn the said property. Health officials were never
15
16 going to condenm the property. Taylor Simpson made up this whole story to try and again win some
17 kind of syspathy and compassion from the court and thinking he and his client Tako LLC, can
18 violate my rights and I want respond and use my legal rights to do so I dont have to lay down
19
20 and let the defendant violate my rights and not say or do nothing.
21
22      I also want to make sure how Taylor Simpson just lies to the court and sanctions need to
23 be applied to him. He states in his so called emergency motion that himself and Tako LLC, has
24 attempted to contact me what is the meaning of attempted even mean either do it or you dont
25
26 no such thing as attempted once again Mr. Taylor produces no evidence to even suggest he or
27 Tako LLC, tried to contact Colvin at any time just another lie being said by Taylor Simpson.
28

The defendant and Taylor Simpson have Colvin email, cell number address and they both no where he lives. The defendant has never attempted to make any contact with Colvin all this is facts unlike Taylor Simpson who just spreads his lies thoughtout his motions and the court needs to hold him accountable for his misconduct. As Colvin has stated since the defendant states in its so called emergency motion that they trie to resolve this case the court can easily order mediation and Colvin is willing to work torwards a settlement. This will show if what Mr. Simpson stated in his motion or was it another lie he is telling the court.

Colvin also wants to let the court no that a case do not have to be remanded back to any court state,city federal or any other court for any health officials to condemn any property. This argument or suggestion is so ridiculous common sense would tell any reasonable person this claim is not crediable and has no legal merits. What the defendant want to do is have this court remand so if can get the case in front of The Las Vegas Justice Court because the defendant knows that the cases are not before a judge but a hearing master and he has no jurisdiction to hear any claims of due process or federal viloations. The hearing master only hears eviction cases.

Defendants knows that my claims will not be addressed and the hearing master will not even hear Colvin federal claims. Which this is another violation of due process. One claim that is brought against the defendant is the defendant illegally created a false fake lease contract, stoled Ms. Brown identity which is identity theft, then forged her personal information on a illegal created contract and signed her name.

    Because the defendant filed the illegal document through electronic filing knowing it was a fraudulent document this is wire fraud and the use of wire transmition to commit the fraud is a clear violation of federal laws. Colvin has made this a pleading in his complaint which also gives this court jurisdiction to hear this complaint in federal court. Colvin believes he has met his burden and fully dismantled the defendant and there attorney false claims about said proerty will likely be condemned by health officials Colvin again states no evidence has been provided to even suggest any such action was going to take place at any time a scare tactic presented to the court.

    Furthermore Colvin believes that it was highly inappropiate for the court to issue an order for him to respond to a thought instead of a fact. Colvin cant reply to something that is not a reality or fact. The court should have never entertained this frivolous and meritless so called motion filed by Taylor Sinpson and as he stated all the judges are madd at me and talking thats good I welcome the exposure so when they see my name they no I am a fighter. I want just sit back and let my rights be violated.

    Judge Silva for once the court needs to apply the law equally you have been acting as an attorney I believe for the defendant given them every opportunity to previal and looking to dismiss or deny my requests at every opportunity you get. Clearly the defendants motion must be denied it has no basis it meritless and frivolous. Taylor Simpson just put a bunch of sound bites , clips and anything he could to try a create something. Like a cook in a kitchen trying to make soup but he really dont so he just put everything in a pot and cooks his soup and he sees how it comes out. This is what Taylor Simpson did never had the correct ingredients to make his case for the stated reasons and aruguments defendants motion must be denied.

# CERTIFICATE OF SERVICE

I CERTIFY ON THIS DAY NOVEMBER 21, 2022 I SERVED A TRUE COPY TO DEFENDANT BY PLACING SAID MOTION IN THGE US MAIL TO THE FOLLOWING PERSON:

KERR SIMPSON
TAYLOR SIMSPON
2900 W. HERIZON RIDGE PARKWAY
HENDERSON, NV 89052

*/s/ Parnell Colvin*
PARNELL COLVIN

**Activity in Case 2:22-cv-01928-CDS-NJK Colvin v. Tako, LLC Minute Order**

From: cmecf@nvd.uscourts.gov
To: cmecfhelpdesk@nvd.uscourts.gov
Date: Thursday, November 17, 2022 at 03:11 PM PST

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Nevada

**Notice of Electronic Filing**

The following transaction was entered on 11/17/2022 at 3:11 PM PST and filed on 11/17/2022
**Case Name:** Colvin v. Tako, LLC
**Case Number:** 2:22-cv-01928-CDS-NJK
**Filer:**
**Document Number:** 6(No document attached)

**Docket Text:**
**MINUTE ORDER IN CHAMBERS** of the Honorable Judge Cristina D. Silva on 11/17/2022.

Defendant Tako, LLC seeks an emergency remand to state court due to a sewer/septic tank flood at the property at issue in this action. ECF No. [4]. Tako believes that health officials will likely condemn the property if immediate action is not taken. ECF No. 4-1 at 2. IT IS THEREFORE ORDERED that plaintiff Parnell Colvin must filed his response to the motion on an expedited basis, by November 21, 2022, at 5:00 p.m. Failure to respond by that deadline could result in my granting of the remand motion without further notice.

(no image attached) (Copies have been distributed pursuant to the NEF - JLB)
2:22-cv-01928-CDS-NJK Notice has been electronically mailed to:

P. Sterling Kerr     sterling@kerrsimpsonlaw.com, george@sterlingkerrlaw.com, jennifer@sterlingkerrlaw.com, lisa@sterlingkerrlaw.com, maury@sterlingkerrlaw.com, taylor@sterlingkerrlaw.com

Taylor Simpson     taylor@kerrsimpsonlaw.com, anika@kerrsimpsonlaw.com, breana@kerrsimpsonlaw.com, jennifer@kerrsimpsonlaw.com, lisa@kerrsimpsonlaw.com, suzanne@kerrsimpsonlaw.com

Parnell Colvin     pc681@yahoo.com

2:22-cv-01928-CDS-NJK Notice has been delivered by other means to: