# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

## Form 1. Notice of Appeal from a Judgment or Order of United States District Court

☑ FILED
☐ ENTERED
☐ RECEIVED
☐ SERVED ON COUNSEL/PARTIES OF RECORD

DEC 30 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

U.S. District Court case number: **2:22-CV-01928-CDS-NJK**

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: **11/15/2022**

Date of judgment or order you are appealing: **12/12/2022**

Docket entry number of judgment or order you are appealing: **13**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
☐ Yes  ☐ No  ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

PARNELL COLVIN

Is this a cross-appeal? ☐ Yes  ☑ No

If yes, what is the first appeal case number? **YES**

Was there a previous appeal in this case? ☐ Yes  ☑ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

**6681 TARA AVE**

City: **LAS VEGAS**   State: **NV**   Zip Code: **89146**

Prisoner Inmate or A Number (if applicable):

Signature: *[signed]*   Date: **12/28/2022**

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 1                                                                Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

PARNELL COLVIN / PRO SE

Name(s) of counsel (if any):

DONT KNOW.

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ● No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

TAKO LLC

Name(s) of counsel (if any):

Address: 2411 TARAGATO AVE, HENDERSON, NV 89052

Telephone number(s):

Email(s):

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6                                          1                                    New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**   2   *New 12/01/2018*