AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
District of Nevada

```
☑ FILED         ___ RECEIVED
___ ENTERED     ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

       DEC 30 2022

   CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY:_____ DEPUTY
```

PARNELL COLVIN  )
*Plaintiff/Petitioner* )
v. )  Civil Action No. 2:22-CV-01928-CDS-NJK
TAKO LLC )
*Defendant/Respondent* )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ _____, and my take-home pay or wages are: $ _____ per
(specify pay period) _____

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ☐ Yes    ☐ No
(b) Rent payments, interest, or dividends              ☐ Yes    ☐ No
(c) Pension, annuity, or life insurance payments       ☐ Yes    ☐ No
(d) Disability, or worker's compensation payments      ☑ Yes    ☐ No
(e) Gifts, or inheritances                              ☐ Yes    ☐ No
(f) Any other sources                                   ☐ Yes    ☐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

I receive disabillity $1199 a month and this amount will be the same amount that I am aware of .

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:   $                100.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

This section I own none of the items listed.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

housing I pay $500 a month 372 for utilities.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

PC my son  130 a month
ac my daughter 130 a month
ec my son 130 a month
mc my daughter 130 a month

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
Just my everyday lioving espenses.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:       12/28/2022

*Applicant's signature*

PARNELL  COLVIN
*Printed name*