| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>MAY 1 2023<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

PARNELL COLVIN,

        Plaintiff-Appellant,

 v.

TAKO, LLC,

        Defendant-Appellee.

No.  23-15080

D.C. No. 2:22-cv-01928-CDS-NJK
District of Nevada,
Las Vegas

ORDER

Before: Lisa B. Fitzgerald, Appellate Commissioner.

    The motion to proceed in forma pauperis (Docket Entry No. 4) is granted. The Clerk will amend the docket to reflect this status.

    The opening brief is due May 31, 2023.  The answering brief is due June 30, 2023.  The optional reply brief is due within 21 days after service of the answering brief.

    Because appellant is proceeding without counsel, appellant is not required to file excerpts of record.  *See* 9th Cir. R. 30-1.3.  If appellant does not file excerpts of record, appellees "must file Supplemental Excerpts of Record that contain all of the documents that are cited in the pro se opening brief or otherwise required by Rule 30-1.4, as well as the documents that are cited in the answering brief." *Id.*

LAB/MOATT