UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 12 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PARNELL COLVIN,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>TAKO, LLC,<br><br>　　　　Defendant - Appellee. | No. 23-15080<br><br>D.C. No. 2:22-cv-01928-CDS-NJK<br>U.S. District Court for Nevada, Las Vegas<br><br>**MANDATE** |

The judgment of this Court, entered June 20, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　　CLERK OF COURT